In the Matter of KALMAN MOLNAR, Appellant, against PATRICK A. CURTIN, as Clerk of the Municipal Court of the City of New York, Respondent.

Argued April 14, 1948; decided May 20, 1948.

* Stipulation for order absolute filed on May 21, 1948.— [REP.

*Victor Sussman* for appellant.

*John P. McGrath, Corporation Counsel (Stanley Buchsbaum, Seymour B. Quel* and *William L. Messing* of counsel), for respondent.

Order affirmed, with costs, upon the authority of *Matter of Tartaglia* v. *McLaughlin* (297 N. Y. 419), decided herewith. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.